# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LARON HAYES**                                                                    **PLAINTIFF**
**ADC #173011**

**v.**                                    **No. 4:25-cv-01068-LPR-BBM**

**JORDON SLAYDEN**                                                              **DEFENDANT**

## ORDER

On October 14, 2025, Laron Hayes, an inmate at the Larry B. Norris Unit of the Arkansas Division of Correction, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1]  Mr. Hayes subsequently filed a Motion for Leave to Proceed *in forma pauperis*.[2]  On November 13, 2025, the Court entered an Order denying the IFP Motion, finding that Mr. Hayes has sufficient funds to pay the $405 filing and administrative fee in full.[3]  The Court directed Mr. Hayes to pay the $405 fee within thirty (30) days and warned Mr. Hayes that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[4]

Mr. Hayes has not complied with or otherwise responded to the Court's November 13, 2025 Order, and the time for doing so has expired.  Accordingly, Mr. Hayes's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 1).

[2] Doc. 5.

[3] Order (Doc. 6-1).  The Order was entered by United States Magistrate Judge Benecia B. Moore.

[4] *Id.*

IT IS SO ORDERED this 29th day of December 2025.

_____

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE